IN THE UNITED STATES DIISTRICT COURT
FOR THE DISTRICT OF OREGON AT EUGENE

| | |
|---|---|
| SUSAN SMITH and REBECCA FAURER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v ) <br> ) <br> AMERCO REAL ESTATE CO., U-HAUL ) <br> INTERNATIONAL, INC., U-HAUL CO. OF ) <br> COLORADO, dba U-HAUL MOVING AND ) <br> STORAGE AT MILE HIGH STATION as ) <br> successor in interest to Door to Door, and ) <br> FOREMOST INSURANCE COMPANY ) <br> GRAND RAPIDS MICHIGAN dba FOREMOST ) <br> INSURANCE GROUP, ) <br> ) <br> Defendants. ) <br> ) | Case No.  6:20-CV-01773-AA <br><br> PLAINTIFFS' STATUS REPORT AND <br> NOTICE OF SETTLEMENT |

This report is offered to save the court time in reviewing a pending dispositive motion which is now moot due to the fact that Plaintiffs and Defendants have amicably resolved this matter through a settlement. Closing papers are being drafted and reviewed by counsel. Plaintiffs' counsel needs to respond to Medicare, which may be seeking a lien on the proceeds, but which lien appears invalid as this settlement is made on the property damage claim only.  Plaintiff requests that the court provide counsel time to resolve issues with Medicare before final papers are submitted.

DATED this 10th day of June 2022.

*s/ Calvin P. "Kelly" Vance*
CALVIN P. "KELLY" VANCE, OSB 961225

Vance Law Office
1066 S. BREEZY WAY
POST FALLS, ID 83854
208-262-8115

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing this day on the following counsel of record by email.

James Evans
James.Evans@alston.com

Gabriel M. Weaver
gweaver@balljanik.com,
bhubbard@balljanik.com

*s/ Calvin P. "Kelly" Vance*
Calvin P. "Kelly" Vance

Vance Law Office
1066 S. BREEZY WAY
POST FALLS, ID 83854
208-262-8115